IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-287-FDW-DCK

| | |
|---|---|
| PCT, LTD and PARADIGM CONVERGENCE TECHNOLOGIES CORPORATION, <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>MARION E. PARIS, JR., CLAY PARKER SIPES, and ANNIHILARE MEDICAL SYSTEMS, INC., <br><br>　　　　Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) filed by Russ Ferguson, concerning Bradley A. Hoppe on May 20, 2020. Bradley A. Hoppe seeks to appear as counsel *pro hac vice* for Plaintiffs PCT, LTD and Paradigm Convergence Technologies Corporation. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) is **GRANTED**. Bradley A. Hoppe is hereby admitted *pro hac vice* to represent Plaintiffs PCT, LTD and Paradigm Convergence Technologies Corporation.

Signed: May 21, 2020

David C. Keesler
United States Magistrate Judge