UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:20-CV-287-FDW-DCK

PCT, LTD and Paradigm Convergence Technologies Corporation,

    Plaintiffs,

v.

Marion E. Paris, Jr., Clay Parker Sipes, and Annihilare Medical Systems, Inc.,

    Defendants and Third-Party Plaintiffs,

v.

Darryl Leslie Patterson,

    Third-Party Defendant.

**JOINT MOTION FOR EXTENSIONS OF TIME TO RESPOND AND REPLY TO RULE 12(b)(6) MOTION TO DISMISS**

COMES NOW Plaintiffs PCT, Ltd. and Paradigm Convergence Technologies Corporation and Defendants Marion E. Paris, Jr., Clay Parker Sipes, and Annihilare Medical Systems, Inc., through undersigned counsel and pursuant to Fed. R. Civ. P. 6, and hereby move this Honorable Court for an extension of time to respond and reply to the partial Motion to Dismiss filed by Defendants (Doc. No. 43). In support thereof, Plaintiffs and Defendants show the Court as follows:

    1.    On Wednesday, November 25, 2020, at 4:37 p.m., Defendants Marion Paris, Parker Sipes, and Annihilare Medical Systems, Inc. filed a Motion to Dismiss for failure to state a claim as to counts Seven, Eight, and Fourteen pursuant to Fed. R. Civ. P. 12(b)(6) (Doc. No. 43).

    2.    Plaintiffs' response to that motion is thus currently due December 9, 2020.

3. Due to the intervening Thanksgiving holiday, in addition to other case responsibilities, Plaintiffs require additional time to properly research and respond to the motion.

4. Plaintiffs seek an extension of time in good faith and not for the purpose of delay.

5. Plaintiffs seek fourteen (14) days of additional time to respond.

6. Pursuant to LCvR 7.1(b), counsel for Plaintiffs consulted with counsel for Defendants, and Defendants consent to this motion for an extension of time.

7. Defendants' reply deadline would then be December 30, 2020.

8. Given the intervening Christmas holiday, Plaintiffs will require additional time to properly reply.

9. Plaintiffs consent to Defendants' request for an additional seven (7) days to reply, up to and including January 6, 2021.

10. The Parties do not seek to extend any other Court deadlines or deadlines in the Court's scheduling order.

WHEREFORE, the Parties move this Honorable Court for a fourteen (14) day extension of time, up to and including December 23, 2020, for Plaintiffs to respond to the Defendants' Motion to Dismiss, and a seven (7) day extension of time, up to and including January 6, 2021, for Defendants to reply thereto.

Respectfully submitted this the 30th day of November, 2020,

| | |
|---|---|
| **WOMBLE BOND DICKINSON (US) LLP** | **RAYBURN COOPER & DURHAM, P.A.** |
| s/ *Russ Ferguson* | s/ *Ross R. Fulton* |
| Russ Ferguson (N.C. Bar No. 39671) | Ross R. Fulton (N.C. Bar No. 31538) |
| 301 S. College Street, Suite 3500 | Rachel M. Buck (N.C. Bar No. 52604) |
| Charlotte, NC 28202 | 227 W. Trade St., Suite 1200 |
| (704) 331-4920 | Charlotte, NC 28202 |
| Russ.Ferguson@wbd-us.com | (704) 334-0891 |
| | (704) 377-1897 (fax) |
| **BOND, SCHOENECK & KING, PLLC** | rfulton@rcdlaw.net |
| Bradley A. Hoppe, Esq.* | rbuck@rcdlaw.net |
| Jessica L. Copeland, Esq.* | |
| Avant Building, Suite 900 | **CHRISTOPHER C. DREMANN, P.C.** |
| 200 Delaware Avenue | Christopher C. Dremann (N.C. State Bar No. 19918) |
| Buffalo, New York 14202-2292 | 11715 Ridgeway Park Drive |
| (716) 416-7000 | Charlotte, N.C. 28277 |
| bhoppe@bsk.com | (828) 238-3791 |
| jcopeland@bsk.com | cdremann@ccdpc.com |
| | |
| * Admitted *pro hac vice* | |
| | |
| *Attorneys for Plaintiffs PCT, LTD and Paradigm Convergence Technologies, Corporation and Third-Party Defendant Darryl Leslie Patterson* | *Attorneys for Defendants/Third Party Plaintiffs Marion E. Paris, Jr., Clay Parker Sipes, and Annihilare Medical Systems, Inc.* |