IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:20-CV-287-FDW-DCK

| | |
|---|---|
| PCT, LTD and PARADIGM CONVERGENCE TECHNOLOGIES CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> MARION E. PARIS, JR., CLAY PARKER SIPES, and ANNIHILARE MEDICAL SYSTEMS, INC., <br><br> Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion For Extensions Of Time To Respond And Reply To Rule 12(b)(6) Motion To Dismiss" (Document No. 45) filed November 30, 2020. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion For Extensions Of Time To Respond And Reply To Rule 12(b)(6) Motion To Dismiss" (Document No. 45) is **GRANTED**. Responses to "Defendants' Motion To Dismiss…" (Document No. 43) shall be filed on or before **December 23, 2020**, and a Reply brief in support of the motion to dismiss shall be filed on or before **January 6, 2021**.

Signed: December 1, 2020

David C. Keesler
United States Magistrate Judge